NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NU-BEST WHIPLASH INJURY )
CENTER, INC., )
                              )
     Appellant, )
                              )
v. )     Case No. 2D16-2816
                              )
STATE FARM MUTUAL )
AUTOMOBILE INSURANCE )
COMPANY, )
                              )
     Appellee. )
_____)

Opinion filed April 13, 2018.

Appeal from the Circuit Court for
Pinellas County; Bruce Boyer, Judge.

Lawrence H. Liebling of Liebling &
Liebling, Safety Harbor, for Appellant.

Nancy A. Copperthwaite, Sandra L.
Heller and Lorayne Perez of Akerman
LLP, Miami and Fort Lauderdale; and
Daniel A. Shapiro of Cole, Scott &
Kissane, P.A., Tampa, for Appellee.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and SILBERMAN and ROTHSTEIN-YOUAKIM, JJ., Concur.